# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 22-CR-0179-CVE ) |
| SOLEDAD PEREZCHICA, | ) ) |
| Defendant. | ) |

## PRELIMINARY ORDER OF FORFEITURE

Now before the Court is the motion of the United States for a preliminary order of forfeiture (Dkt. # 47). Based upon defendant Soledad Perezchica's guilty plea, petition to enter plea of guilty, the record, and the nexus between the property listed below and the drug offenses to which defendant has pled guilty, the Court finds that the motion should be granted.

Pursuant to 21 U.S.C. § 853, a preliminary order of forfeiture shall be entered whereby the following property is preliminarily forfeited to the United States and the forfeiture of such property shall be made part of defendant's sentence and included in the judgment:

**CURRENCY**

1. Approximately $3,433.00 in United States currency; and

**REAL PROPERTY**

2. All that lot and parcel of land, together with all buildings, appurtenances, improvements, fixtures, attachments and easements thereon, and all rights appertaining thereto, located at 1918 E. Marshall Place N, Tulsa, Tulsa County, Oklahoma 74110, more particularly described as Lot 9, Block 4, Section 31, Township 20, Range 13, BERRY-HART ADDN., Tulsa, Tulsa County, Oklahoma.

The United States shall publish notice of this Order and its intent to dispose of the property pursuant to 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(b)(6).  The United States shall also send notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding.

Upon the entry of this Order, the United States is authorized to seize or retain custody of the property in accordance with Fed. R. Crim. P. 32.2(b)(3).

Any person, other than defendant, asserting a legal interest in the property may, within thirty (30) days of the final publication of notice or the receipt of notice, whichever is earlier, petition the Court for a hearing to adjudicate the validity of the alleged interest.

Following the Court's disposition of any petition timely filed, a final order of forfeiture shall be entered.  If a third-party petition to the currency is not timely filed, the preliminary order of forfeiture of the currency becomes final as provided by Fed. R. Crim. P. 32.2(c)(2), and all right, title, and interest would vest in the United States for disposition according to law.  If a third-party petition to the real property is not timely filed, then, pursuant to Fed. R. Crim. P. 32.2(c)(2) and 21 U.S.C. § 853(n)(7), the United States will move for a final order of forfeiture and shall have clear title to the real property, and shall dispose of such property according to law.

**IT IS THEREFORE ORDERED** that, pursuant to 21 U.S.C. § 853, the motion of the United States for a preliminary order of forfeiture (Dkt. #47) is **granted**, and the referenced property is preliminarily forfeited to the United States.

**IT IS FURTHER ORDERED** that the United States shall initiate proceedings necessary to protect third-party interests, if any, pursuant to and in accordance with Rule 32.2.

**DATED** this 17th day of August, 2022.

*[signature]*
CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE