# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

**UNITED STATES OF AMERICA,**

 **Plaintiff,**

**v.**

            Case No. 22-CR-179-CVE

**SOLEDAD PEREZCHICA,**

 **Defendant.**

## United States' Notice of *Lis Pendens*

NOTICE IS HEREBY GIVEN that on June 8, 2022, an Indictment was returned in the United States District Court for the Northern District of Oklahoma, in the foregoing action.

The United States is seeking to forfeit the real property located at 1918 E. Marshall Place N, Tulsa, Tulsa County, Oklahoma, more particularly described as:

> All that lot and parcel of land, together with all buildings, appurtenances, improvements, fixtures, attachments and easements thereon, and all rights appertaining thereto, located at 1918 E. Marshall Place N, Tulsa, Tulsa County, Oklahoma 74110, more particularly described as Lot 9, Block 4, Section 31, Township 20, Range 13, BERRY-HART ADDN., Tulsa, Tulsa County, Oklahoma.

A Lis Pendens was filed in Tulsa County Oklahoma on August 17, 2022, (Doc. # 2022084303).

Title 21, United States Code, Section 853(k) states no party claiming an interest in property subject to forfeiture may commence an action at law or equity

against the United States concerning the validity of their interest after the filing of an indictment.

Further information concerning this action may be obtained from the records of the Clerk of the Court for the United States District Court at Tulsa, Oklahoma.

DATED: August 29, 2022

> Respectfully submitted,
>
> CLININT J. JOHNSON
> UNITED STATES ATTORNEY
>
> */s/ Reagan V. Reininger*
> REAGAN V. REININGER, OBA #22326
> Assistant United States Attorney
> 110 West Seventh Street, Suite 300
> Tulsa, OK  74119
> Telephone: (918) 382-2700
> Email:  reagan.reininger@usdoj.gov

**Certificate of Service**

I hereby certify that on August 29, 2022, the foregoing document was electronically transmitted to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to counsel of record.

> */s/ Janna Tomah*
> JANNA TOMAH, Data Analyst