# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 22-CR-00179-GFK |
| SOLEDAD PEREZCHICA, | |
| Defendant. | |

## Notice Regarding Forfeiture

The United States hereby provides notice to the Court that it is no longer pursuing a criminal forfeiture of the approximately $3,433.00 in United States currency, because the currency has been administratively forfeited by the DEA.

This notice does not affect the ongoing forfeiture of the real property located at 1918 E. Marshall Place N, Tulsa, Oklahoma.

Respectfully submitted,

CLINTON J. JOHNSON
UNITED STATES ATTORNEY

*/s/ Reagan V. Reininger*
REAGAN V. REININGER, OBA # 22326
Assistant United States Attorney
110 West Seventh Street, Suite 300
Tulsa, OK 74119
Telephone: (918) 382-2700
Email: reagan.reininger@usdoj.gov

**Certificate of Service**

I hereby certify that on October 19, 2022, the foregoing document was electronically transmitted to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to counsel of record.

*/s/ Pam Kuch*
PAM KUCH, Paralegal
