IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | 22-CR-179-CVE |
| Soledad Perezchica | ) | |
| Defendant. | ) | |

DECLARATION OF PUBLICATION

In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on August 19, 2022 and ending on September 17, 2022. (See, Attachment 1).

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 20, 2022 at Tulsa, OK.

                 /s/ *Janna Tomah*
                 Janna Tomah
                 Data Analyst

Exhibit "A"