# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA
# COURT CASE NUMBER: 22-CR-179-CVE; NOTICE OF FORFEITURE

Notice is hereby given that on August 17, 2022, in the case of <u>U.S. v. Soledad Perezchica</u>, Court Case Number 22-CR-179-CVE, the United States District Court for the Northern District of Oklahoma entered an Order condemning and forfeiting the following property to the United States of America:

$3,433.00 U.S. Currency (22-DEA-691349) which was seized from Soledad Perezchica and Cristian Alexandro Perezchica on May 04, 2022 at 1918 East Marshall Place, located in Tulsa, OK

1918 East Marshall Place, Tulsa, Oklahoma 74110 (22-DEA-694307) All that lot and parcel of land, together with all buildings, appurtenances, improvements, fixtures, attachments, and easements thereon, and all rights appertaining thereto, located at 1918 E. Marshall Place N, Tulsa County, Oklahoma 74110 more particularly described as Lot 9, Block 4, Section 31, Township 20, Range 13, BERRY-HART ADDN., Tulsa, Tulsa County, Oklahoma.

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file an ancillary petition within 60 days of the first date of publication (August 19, 2022) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The ancillary petition must be filed with the Clerk of the Court, 333 West Fourth Street, Room 411, Tulsa, OK 74103, and a copy served upon Assistant United States Attorney Reagan Reininger, 110 West Seventh Street, Suite 300, Tulsa, OK 74119. The ancillary petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all ancillary petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such ancillary petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture. A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of

Exhibit "B"

perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition for remission need not be made in any particular form and may be filed online or in writing.  You should file a petition for remission not later than 11:59 PM EST 30 days after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition for remission form that may be mailed and the link to file a petition for remission online.  If you cannot find the desired assets online, you must file your petition for remission in writing by sending it to Assistant United States Attorney Reagan Reininger, 110 West Seventh Street, Suite 300, Tulsa, OK  74119.  This website provides answers to frequently asked questions (FAQs) about filing a petition for remission.  You may file both an ancillary petition with the court and a petition for remission or mitigation.